**Other Orders/Judgments**
2:15-cv-03257-WHW-CLW
SPELLMAN v. EXPRESS DYNAMICS, LLC

ARBITRATION,PROSE

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/19/2015 at 12:37 PM EDT and filed on 5/19/2015
**Case Name:** SPELLMAN v. EXPRESS DYNAMICS, LLC
**Case Number:** 2:15-cv-03257-WHW-CLW
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**TEXT ORDER:** The Court will hold an initial conference (rule 16) before U.S.M.J. C. Waldor in courtroom 4C on 9/21/15 at 1:45 pm. Parties are to submit a Joint Discovery Plan no later than 3 days before the scheduled conference. Please contact chambers with any questions or concerns at (973) 776 7862. So Ordered by Magistrate Judge Cathy L. Waldor on 5/19/15. (tjg, )


**2:15-cv-03257-WHW-CLW Notice has been electronically mailed to:**

AMANDA LAVIS     alavis@rhoads-sinon.com, jkoons@rhoads-sinon.com, mpannebaker@rhoads-sinon.com

**2:15-cv-03257-WHW-CLW Notice will not be electronically mailed to::**

RAYMOND SPELLMAN
50 WHITENACK ROAD
BASKING RIDGE, NJ 07920

CERTIFIED MAIL

7012 3050 0001 0977 3522

UNITED STATES DISTRICT COURT
CATHY L. WALDOR
U.S. MAGISTRATE JUDGE
MARTIN LUTHER KING, JR. FEDERAL COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

Raymond Spahlam
50 Whitnal Rd

UNCLAIMED

2015 JUN 18  P 2:27
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED