**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
Telephone: 973 273 9800

Christopher J. Dalton
973 424 5614

FACSIMILE: 973 273 9430
E-MAIL: christopher.dalton@bipc.com

July 18, 2016

<u>VIA ECF</u>
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
 For the District of New Jersey
Rev. Dr. Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Spellman v. Express Dynamics, LLC*
       <u>Civil Action No. 15-3257 (WHW)(CLW)</u>

Dear Judge Waldor:

This firm represents Plaintiff Raymond Spellman. On June 3, 2016, in response to the parties' written request (DE 34), the Court rescheduled the In-Person Settlement Conference ("Settlement Conference") for July 26, 2016. (*See* DE 35.) The reason for that request was that the parties believed that some additional discovery before the Settlement Conference would make it more productive. Since June 3, certain discovery disputes have arisen, which the parties have been attempting in good faith to resolve in accordance with paragraph 9 of the Pretrial Scheduling Order. (*See* DE 32, ¶ 9.) Because there is a strong possibility that the parties may seek relief from the Court in order to resolve certain discovery issues, we believe that the July 26, 2016, Settlement Conference should be rescheduled in order to make it as productive as possible. The parties suggest rescheduling the Settlement Conference for a time certain after the disposition of the imminent discovery disputes. Should the parties resolve their outstanding discovery disputes without Court intervention, the parties will notify the Court to schedule a Settlement Conference.

Thank you in advance for your consideration of this request.

Very truly yours,

*s/Christopher J. Dalton*

Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY
A PROFESSIONAL CORPORATION

cc:   Amanda J. Lavis, Esq. (via ECF)

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC
INCORPORATED IN PENNSYLVANIA :: ROSEMARY J. BRUNO, NEWARK, NEW JERSEY OFFICE MANAGING SHAREHOLDER